**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BARRETT C. MERSEREAU,** OSB No. 023922
bmersereau@mershanlaw.com
MERSEREAU SHANNON LLP
One SW Columbia Street, Suite 1600
Portland, Oregon 97258-2089
Telephone: 503.226.6400
Facsimile: 503.226.0383

Of Attorneys for Defendant Sunriver Service District

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MICHAEL ALLEN KENNEDY,<br><br>        Plaintiff,<br><br>    v.<br><br>DESCHUTES COUNTY BOARD OF COMMISSIONERS, SUNRIVER SERVICE DISTRICT, SUNRIVER OWNERS ASSOCIATION,<br><br>        Defendants. | Case No. 6:12-CV-01319-MC<br><br>DEFENDANT SUNRIVER SERVICE DISTRICT'S MOTION FOR SUMMARY JUDGMENT<br><br>*ORAL ARGUMENT REQUESTED* |

**LR 7-1 CERTIFICATE**

Pursuant to LR 7-1(a), defendant Sunriver Service District ("district") certifies that through its counsel, the parties conferred respecting this motion, but were unable to resolve their disputes.

**MOTION**

Pursuant to Fed. R. Civ. P. 56, the defendant district moves this court for an order granting summary judgment in its favor against each of plaintiff's claims for relief in his first amended

PAGE 1 -   DEFENDANT SUNRIVER SERVICE DISTRICT'S MOTION FOR SUMMARY JUDGMENT

complaint. The grounds for this motion are that there is no genuine dispute as to any material fact and defendant is entitled to judgment as a matter of law.

In support of this motion, defendant relies on the memorandum of law filed herewith, together with the declarations of Ron Angell and Peter R. Mersereau, with attached exhibits.

DATED: February 26, 2014.

                    MERSEREAU SHANNON, LLP

                    */s/ Peter R. Mersereau*
                  **PETER R. MERSEREAU,** OSB No. 732028
                  pmersereau@mershanlaw.com
                  **BARRETT C. MERSEREAU,** OSB No. 023922
                  bmersereau@mershanlaw.com
                  503.226.6400
                  Of Attorneys for Defendants Sunriver Service District